# United States Court of Appeals
## For the First Circuit

No. 08-1797

UNITED STATES OF AMERICA,

Appellee,

v.

TREVOR CHARLTON,

Defendant, Appellant.

ERRATA SHEET

Chief Judge Lynch's concurrence in the opinion of this Court issued on April 1, 2010, is amended as follows:

On page 25, line 14, "peremptory challenges with is never" is changed to "peremptory challenges is never".